1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6973
7      Facsimile: (415) 436-7234
       E-Mail: carolyn.silane@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )    No. CR 3-12-71284-MAG
14                                   )
           Plaintiff,                )
15                                   )
           v.                        )    **STIPULATION AND [PROPOSED]**
16                                   )    **ORDER CONTINUING APPEARANCE**
   GEORGE ZEVADA,                    )    **DATE AND EXCLUDING TIME**
17                                   )    **PURSUANT TO FED. R. CRIM. P. 5.1 &**
           Defendant.                )    **18 U.S.C. § 3161**
18                                   )

19

20        The parties, by and through counsel, stipulate and agree as follows:

21        1.  The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until July 18, 2013,

22  and the hearing scheduled for June 28, 2013, vacated.

23        2.  Counsel for the defendant will be in trial in another district during the previously

24  scheduled hearing on June 28, rendering them unavailable for the appearance.  In addition,

25  counsel for the United States and the defendant wish to exchange certain information, and to

26  meet and confer prior to the time of Indictment to discuss a potential resolution of the case.

27  Counsel for the defendant believes based on the charge alleged in the Complaint that it is in the

28  best interest of the defendant to obtain further information, consult with the defendant, and meet

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 3-12-71284

with the government prior to Indictment; counsel for the government believes that it is in the interests of justice to do so.  The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for continuity of counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

    3.   The hearing scheduled for June 28, 2013, should be vacated.  The next court appearance in this case shall be July 18, 2013, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment.  The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

SO STIPULATED AND AGREED,

                                      MELINDA HAAG  
                                      United States Attorney

DATED: June 26, 2013                    /s/  
                                      CAROLYN SILANE  
                                      Special Assistant United States Attorney

DATED: June 26, 2013                    /s/  
                                      STUART HANLON  
                                      SARA RIEF  
                                      Attorneys for George Zevada

## [PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: June 28, 2013                             
                                      HON. LAUREL BEELER  
                                      United States Magistrate Judge